M. P. No. 77-304. DOROTHY A. RAYMOND *v.* RONALD P. RAYMOND. The petition for certiorari is denied. *John M.*

---

*Sears, Harry Weiss,* Rhode Island Legal Services, Inc., for plaintiff-respondent. *Martin Malinou,* for defendant-petitioner.